No. 68. BRYANT PAPER CO. *v.* HOLDEN, EXECUTRIX. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William P. Smith* and *Oscar E. Waer* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, John G. Remey, Paul D. Miller,* and *Erwin N. Griswold* for respondent.

No. 73. WABASH RY. CO. *v.* CONROY. October 9, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. William Sherman Hay* for petitioner. *Mr. Charles C. Spencer* for respondent.

No. 74. FIRST NATIONAL BANK ET AL. *v.* GILDART, TAX COLLECTOR. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Percy Bell* and *W. A. Percy* for petitioners. *Mr. J. A. Lauderdale* for respondent.

No. 81. CHICAGO, M., ST. P. & P. R. CO. *v.* TATE. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. F. M. Dudley* and *C. S. Jefferson* for petitioner. *Mr. John P. Hannon* for respondent.

No. 82. GREENAWALT *v.* STEARNS-ROGER MFG. CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George L. Nye, Martin A. Schenck,* and *Kenneth*